Desmond Peters
Name

FILED
JAN 13 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

141 W. Elm Street
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Desmond Curtis Peters, Plaintiff
(Full Name)

V.

Michelle Palmer, et al, Defendant(s)

CASE NO. 20-CV-3015-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Desmond Curtis Peters, is a citizen of Kansas
   (Plaintiff)                                    (State)

who presently resides at 141 West Elm Street, Wichita KS 67203
                         (Mailing address or place
Sedgwick County Jail
of confinement.)

2) Defendant Michelle Palmer is a citizen of
             (Name of first defendant)

Wichita Kansas, and is employed as
(City, State)

Detective for Wichita Police dept. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:

Yes Michelle Palmer was the active investigating
Detective During the course of the investigation

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983                    1

3) Defendant __Justin Edwards__ is a citizen of
   (Name of second defendant)

__Wichita Kansas__, and is employed as
   (City, state)

__Assistant Sedgwick County prosecutor__. At the time the
   (Position and title, if any)

claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

__Justin Edwards is the Active prosecutor in the referenced criminal matter violating my constitutional Rights__

(Use the back of this page to furnish the above information for additional defendants.)

— See Back side for Additional defendants —

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__N/A__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

__Michelle Palmer was the Investigating detective who interviewed the Alleged witness in this case. That falsified and fabricated the Story of his crime and that Michelle Palmer passed the case and files over to the Sedgwick County prosecutor office. Margaret McIntire, Matthew Esk, Trinity Muth, all acted in the individual and official capacity in pursuing Charges of 1st degree Murder Based off of the falsified and fabricated story of events, even after made aware that the story of events was in fact falsified and fabricated.__

Defendant - Matthew erb is a citizen of Wichita Ks and is employed
(Name of defendant)                  (City, State)
as Detective for Wichita Police dept. At the time of claims
(Position, title if any)
alleged in this Complaint arose, was defendant acting under
Color of state law? Yes ☒ No ☐ If answer "yes" briefly explain
Matthew erb is also the active prosecutor in the referenced
Criminal matter violating my Constitutional Rights.

Defendant - Margaret McIntire is a citizen of Wichita Ks and is
(Name of defendant)                 (City, State)
employed as Assistant prosecuter of Wichita Police dept.
(Position, title if any)
At the time of claims alleged in this Complaint arose, was
defendant acting under Color of state law? Yes ☒ No ☐
If answer "yes" briefly explain: Yes Margaret McIntire
Was the Asst. prosecuter in the referenced criminal
matter violating my Constitutional Rights.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Fourth Amendment Violation - Unreasonable Seizure - False Arrest

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

See back attachment

B) (1) Count II: Fifth And Fourteenth Amendment Violation - Violation of Due process Rights - wrongful imprisonment

(2) Supporting Facts: See back Attachment

Cause of Action

A) Count 1: Fourth Amendment Violation, Unreasonable Seizure - False Arrest. The Wichita Police department came in the Dollar General Store when I came back from New York based on my Record deal and they Arrested me in the Store while I was with my Mother on Feburary 1st 2019, not reading me No Meranda Rights they just Arrested me in said the dectective wants to talk to you and I didn't say yes nor agree too it.

The Dective Michelle Palmer is the Investigating dective who interviewed the Alleged witness/Main Suspect in the case Veontre Moore, Palmer knew after the year before he falsified and frabricated his Statements after being Coerced by the detective and his grandmother and with a plea-deal of no Murder, No Homicide just Robbery that before he made the Statement, that he had Previous Multiple interviews him describing the incident and what he did the Suspect Veontre, that he never implicated me at the crime scence nor placed me there him nor his other 2 Co-defendants, Palmer knew these Allegations were False in fabricated in Palmer still moved forward with passing it to the prosecuter office to Margaret McIntire, Matthew erb, Trinity Muth, now to Justin Edwards and they all took it in their individual and offical capacity to Charge me with "1st degree Murder falsley" even after Made aware that Veontre story was false and Fabricated and he Committed Perjury.

Cause of Action

B.) Count 2: Fifth and Fourteenth Admendment Violation of due Process Rights, Wrongful Imprisonment

Veontre Moore in 2 of his Co-defendants got arrested after the Crime they allegsly Committed, it's evidence and they eye witness/Victims that Places them at the Scence, they testified against them and Picked them out in line-ups, only 1 Person Placed me at this Crime which is the Suspect Veontre a year after the Crime happened, he had Plenty of time to read his discovery, police reports, statements all of that to make up a new Story after his "5th time" February 1st 2019 a year after the Crime he stated I was "the driver and the killer") at my Pre-lim he stated Multiple times that "I wasn't the driver", the Victims testified they don't know me in never seen me before and stated that Veontre Moore they knew from school and Passed Altercation in they seen him Physica shoot and kill there friend and also said there 100% sure in the line-up Sheet in stated he did it. (Now this is his and family "2nd" time falsley Placing me at a Murder Scence, the first time is when her other grandson died, Veontre Moore Brother Kari. Moore, and the Police knew that was a lie because the Crime happen on Camera at the Quick trip on hydraulic and wassal Nov 2017 Grandmother stated that was me who left the car in was running which the police know it wasn't and she said I got him killed on purpose to keep his Portion of the $240,000.⁰⁰ from the Record deal from Multi. Millionare Lil "jon") Thats whats this been based off of for almost 3 years now and they just keep doing it I wish I never met them really because they trying to ruin my life and take it away, I Had Kari Signed to my Record Label and everything I cant believe they said Im the reason he got killed, I see now Hate, envy, and Jealous comes with success, I never got this much disrespect before, they Just want "Revenge" for their $120,000 part of his Money, I got Multiple Alibi Witnesses willing to testify and videos from Atlanta, and messages from his family threatening Jail, death and sue for Mon

C) (1) Count III: _____ N/A _____

(2) Supporting Facts: _____ N/A _____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:
        Plaintiffs: _____ N/A _____
        Defendants: _____ N/A _____
    b) Name of court and docket number _____ N/A _____

    c) Disposition (for example; Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

    d) Issues raised _____ N/A _____

e) Approximate date of filing lawsuit  N/A

f) Approximate date of disposition  N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I've sought a preliminary hearing and requested for charges to be dismissed based on these grounds listed above.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Suing all 4 defendants $500,000 in their Individual Capacity and $500,000 in their official Capacity, result in Mental anguish, deliberate indifference, pain in suffering from fights of us being on the News by deceased family members while incarcerated, loss of wages from being a Artist, and asking for "preliminary" injunction"

N/A
Signature of Attorney (if any)

[signature]
Signature of Plaintiff

N/A
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                5