Correctional Facility: Sedgwick County
Inmate Name: Dezmond Pickers
Address: 141 W Elm St
City/State/Zip: Wichita KS, 67203




Timothy M. O'Brien County Court Clerk
United States District Court
444 S.E. Quincy
Topeka KS, 66683

**RECEIVED**

JAN 13 2020

CLERK U.S. DIST. COURT
TOPEKA, KANSAS